Form ODM13HRG 06/07

# UNITED STATES BANKRUPTCY COURT
## Middle District of Louisiana

*Case No.:* 10−11318
*Chapter:* 13

*In Re: Debtor(s):*

| | |
|---|---|
| Brian K. Arnold<br>1624 W. Tabbie Street<br>Gonzales, LA 70737 | Karen C Arnold<br>1624 W. Tabbie Street<br>Gonzales, LA 70737 |

*Social Security No.:*

xxx−xx−8782　　　　　　　　　　　　　　xxx−xx−4978

*Employer's Tax I.D. No.:*

## ORDER DISMISSING CHAPTER 13 CASE

For reasons orally assigned in Open Court,

**IT IS ORDERED** that this case is **DISMISSED** and the automatic stay is terminated.

**IT IS FURTHER ORDERED** that the trustee is awarded a $50.00 administrative fee payable from funds in her possession, if the court has not confirmed a plan.

**IT IS FURTHER ORDERED** that the trustee will be discharged from and relieved of his of her trust upon the closing of the case.

Baton Rouge, Louisiana, 2/24/11.

　　　　　　　　　　s/Douglas D. Dodd
　　　　　　　　DOUGLAS D. DODD
　　　UNITED STATES BANKRUPTCY JUDGE